NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,**
*Plaintiffs-Cross Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5001, -5013

---

Appeals from the United States Court of Federal Claims in case no. 91-CV-1470, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## ORDER

The United States moves for an extension of time, until February 7, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lyman D. Bedford, Esq.
     Elizabeth Ann Patterson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK